**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA SMITH-LEE, | No. C-11-5775 MMC |
| Plaintiff, | **ORDER GRANTING MOTION TO BE RELIEVED AS COUNSEL; DIRECTIONS TO CLERK** |
| v. | |
| ASTRAZENECA PHARMACEUTICALS LP, et al., | |
| Defendants. | |

    Before the Court is the law firm of Clayeo C. Arnold, P.L.C.'s "Motion to be Relieved as Counsel," filed April 6, 2012, by which it seeks leave to withdraw as attorney of record for plaintiff Rebecca Smith-Lee. Plaintiff has not filed a response. Having read and considered the motion, the Court finds counsel has shown good cause for the relief requested. See Cal. Rules Prof. Conduct R. 3-700(c)(1)(d) (providing counsel may withdraw where client's "conduct renders it unreasonably difficult for [counsel] to carry out the employment effectively").

    Accordingly, the motion to be relieved as counsel is hereby GRANTED.

//
//
//

The Clerk is hereby DIRECTED to amend the docket to reflect the following contact information for plaintiff:

> Rebecca Smith-Lee
> 16485 North Stadium Way
> Apt # 2002
> Surprise, AZ 85374

**IT IS SO ORDERED.**

Dated: April 26, 2012

_____
MAXINE M. CHESNEY
United States District Judge

2