United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REBECCA SMITH-LEE,

        Plaintiff,

   v.

ASTRAZENECA PHARMACEUTICALS LP,
et al.

        Defendants

                            /

No. 11-5775 MMC

**ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO SERVE; CONTINUING CASE MANAGEMENT CONFERENCE**

"If a defendant is not served within 120 days after the complaint is filed, the

court – on motion or on its own after notice to the plaintiff – must dismiss the action without

prejudice against that defendant or order that service be made within a specified time."

Fed. R. Civ. P. 4(m).

Plaintiff filed her complaint in the above-titled action on December 1, 2011.  To date,

plaintiff has not filed proof of service of the summons and complaint upon any defendant.

Accordingly, pursuant to Rule 4(m), plaintiff is hereby ORDERED TO SHOW CAUSE, in

writing and no later than May 11, 2012, why the instant action should not be dismissed for

failure to serve within the time required by said Rule.

In light of the foregoing, the Case Management Conference, currently scheduled for

//

//

//

//

1   May 4, 2012, is hereby CONTINUED to June 8, 2012.

2        **IT IS SO ORDERED.**

3
    Dated: April 26, 2012
4                                                   _____
                                                    MAXINE M. CHESNEY
                                                    United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28