IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA SMITH-LEE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ASTRAZENECA PHARMACEUTICALS LP, et al.,<br><br>　　　　　Defendants. | No. C 11-5775 MMC<br><br>**ORDER DISMISSING CLAIMS AGAINST DEFENDANTS** |

　　　By order filed April 26, 2012, the Court ordered plaintiff to show cause, in writing and no later than May 11, 2012, why her claims against defendants should not be dismissed for failure to serve defendants within the time required by Rule 4(m) of the Federal Rules of Civil Procedure.  No response has been filed.

　　　Accordingly, the complaint is hereby DISMISSED without prejudice.  See Fed. R. Civ. P. 4(m).

　　　**IT IS SO ORDERED.**

Dated: May 16, 2012

　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　United States District Judge